IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                  CASE NO. 1:02-cr-00042-MP-AK

EDWARD JOHN HENRY,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Defendant previously filed an amended motion to vacate in this case. Doc. 119. The Government filed its response, Doc. 126, and Defendant filed a reply. 128. The § 2255 motion is therefore in a posture for decision.

Presently before the Court is Doc. 132, Defendant's Motion to Withdraw the Motion to Vacate. As grounds for withdrawing the § 2255 motion, Defendant maintains that he was persuaded to file the motion to vacate by a fellow inmate "but now realizes that [he] made a mistake by doing so" because he "didn't know that he was risking the possibility of receiving a lengthier sentence." *Id.*

In response, the Government stipulates that Defendant may withdraw his motion with prejudice and advises him of the "consequences of his request," namely that the one-year statute of limitations has expired and that he would be prohibited from filing a second or successive motion. In short, "Defendant would forever give up, or waive, any argument set forth in his

motion." Doc. 133.

In reply, Defendant "stipulates that if his 2255 is dismissed, he will be forever barred from filing another 2255."

Because Defendant has been fully advised of the consequences of dismissal of his § 2255 motion and stipulates to those consequences, the Court has no hesitation in recommending that the motion to withdraw be granted.

In light of the foregoing, it is respectfully **RECOMMENDED**:

That Defendant's motion to withdraw, Doc. 132, be **GRANTED**;

That Defendant's amended motion to vacate, Doc. 119, be **DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a).**

**IN CHAMBERS** at Gainesville, Florida, this **23rd** day of January, 2006.

**s/ A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**