IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:02-cr-00042-MP-AK

EDWARD JOHN HENRY,

    Defendant.

_____/

### O R D E R

This matter is before the Court on Doc. 135, Report and Recommendation of the Magistrate Judge, recommending that Defendant's motion to withdraw, Doc. 132, be granted; that Defendant's amended motion to vacate, Doc. 119, be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). Objections to Report and Recommendation were due by February 21, 2006, but none have been filed.  It is hereby

**ORDERED AND ADJUDGED:**

1.  The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.  This action is dismissed with prejudice, and the clerk is directed to close the file.

**DONE AND ORDERED** this *20th* day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge